IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| **EDGAR HINOJOSA** § | | |
| **Plaintiff,** § | | |
| § | | |
| **v.** § | | **CIVIL ACTION NO. 7:16-cv-00008** |
| § | | **JURY DEMANDED** |
| **COMPANION PROPERTY &** § | | |
| **CASUALTY INSURANCE** § | | |
| **COMPANY AND ROLANDO** § | | |
| **RENTERIA** § | | |
| **Defendants** | | |

## AGREED STIPULATION OF DISMISSAL FOR PLAINTIFF

Plaintiff and Defendant Companion Property & Casualty Insurance Company file this stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1. Plaintiff is Edgar Hinojosa, Defendants are Companion Property & Casualty Insurance Company and Rolando Renteria.

2. On December 3, 2015, Plaintiff sued Defendants in the 206th Judicial District, Hidalgo County, Texas, Cause No. C-5969-15-D. On January 4, 2016, Companion Property & Casualty Insurance Company filed its Original Answer. On January 8, 2016, Companion Property & Casualty Insurance Company filed its Notice of Removal.

3. On or about November 18, 2016, the parties settled this case. As a result of this settlement, all issues in the above-styled and numbered litigation have been fully and finally settled. Plaintiffs now move to dismiss the suit against Defendant.

4. Defendant agrees to the dismissal.

5. This case is not a class action under Federal Rule of Civil Procedure 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2.

6. A receiver has not been appointed in this case.

7. This case is not governed by any federal statute that requires a court order for dismissal of the case.

8. Plaintiff has not previously dismissed any federal- or state-court suit based on or including the same claims as those presented in this case.

9. This dismissal is with prejudice.

Respectfully submitted

By: ___/s/Thomas F. Nye_____
Thomas F. Nye
State Bar No. 15154025
Southern Dist. No. 7952
Attorney-in-charge
tnye@gnqlawyers.com
P.O. Box 6666
Corpus Christi, Texas 78466
Telephone: (361) 654-7008
Fax: (361) 654-7001

**ATTORNEYS FOR DEFENDANT,
COMPANION PROPERTY &
CASUALTY INSURANCE COMPANY**

*Of counsel:*

GAULT, NYE & QUINTANA, L.L.P.
P.O. Box 5959
Brownsville, Texas 78523
Telephone (956) 544-7110
Fax: (956) 544-0607

William Gault
State Bar No. 07765050
Southern Dist. No.14685
bgault@gnqlawyers.com

GAULT, NYE & QUINTANA, L.L.P.
P.O. Box 6666
Corpus Christi, Texas 78466
Telephone: (361) 654-7008
Fax: (361)654-7001

Mikell A. West
State Bar No. 24070832
Southern Dist. No. 1563058
mwest@gnqlawyers.com

By:    */s/James Willis\**
Richard D. Daly
State Bar No. 00796429
James Willis
State Bar No. 24088654
Daly & Black, P.C.
2211 Norfolk St., Suite 800
Houston, Texas 77098
Telephone:  (713) 655-1405
Telecopier:  (713) 6551587
rdaly@dalyblack.com
ecfs@dalyblack.com
jwillis@dalyblack.com

Fernando G. Mancias
State Bar No. 12891300
Law Office of Fernando G. Mancias P.L.L.C.
4428 S. McColl Road
Edinburg, Texas 78539

**COUNSEL FOR PLAINTIFF,**
**EDGAR HINOJOSA**
*\*Signed with permission*

## CERTIFICATE OF SERVICE

I certify that on December 29, 2016, a copy of the parties' Agreed Stipulation of Dismissal was *electronically filed* on the CM/ECF system, and will be served on the following attorney in charge for Plaintiff, Edgar Hinojosa, via electronic filing or regular mail:

Richard D. Daly
James WIllis
Daly & Black, P.C.
Email: **rdaly@dalyblack.com**
      **ecfs@dalyblack.com**
      **jwillis@dalyblack.com**
Fernando G. Mancias
Law Office of Fernando G. Mancias P.L.L.C.


**VIA E-FILING**

    /s/Thomas F. Nye
Thomas F. Nye